UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERGIO QUINTERO MEZA,

Petitioner,

-against-

KENNETH GENALO, *et al.*,

Respondents.

26-CV-7214 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

Today at 11:00 a.m. I held a preliminary telephonic conference in this matter. At the conference, counsel for Respondents indicated that Petitioner was being detained under 8 U.S.C. § 1226(a) and that there was a bond hearing scheduled for Petitioner on September 4, 2026. As I have indicated in my prior rulings, at such a bond hearing "the government will have the burden of showing that his detention is authorized under 8 U.S.C. § 1226(a)." *Ahmadi v. Almodovar*, No. 26-CV-274, 2026 WL 621827, at *3 (S.D.N.Y. Mar. 5, 2026) (quoting *Hyppolite v. Noem*, No. 25-CV-4304, 2025 WL 2829511, at *17 (E.D.N.Y. Oct. 6, 2025)). In other words, the government must show by clear and convincing evidence that "the noncitizen presents a flight risk or a danger to the community." *M.P.L. v. Arteta*, No. 25-CV-5307, 2025 WL 2938993, at *5 (S.D.N.Y. Oct. 16, 2025) (quoting *Black v. Decker*, 103 F.4th 133, 153–54 (2d Cir. 2024)). Further "the immigration judge must consider alternatives to detention and Petitioner's financial ability to pay a bond in making the bond determination." *Id.* at *1.

Respondents shall procure a transcript of the bond hearing on September 4, 2026 and transmit it to me by September 9, 2026.

Dated: August 26, 2026
New York, New York

Vernon S. Broderick
United States District Judge