UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SERGIO QUINTERO MEZA,<br><br>Petitioner,<br><br>-against-<br><br>KENNETH GENALO, *et al.*,<br><br>Respondents. | : | 26-CV-7214 (VSB)<br><br>**ORDER** |

VERNON S. BRODERICK, United States District Judge:

Petitioner Sergio Quintero Meza brings this petition for a writ of habeas corpus through his next friend, Vivian Diaz Barahona, who is proceeding pro se. To proceed with a petition for a writ of habeas corpus in this court, a $5.00 filing fee must be paid or, to request authorization to proceed in forma pauperis ("IFP"), a completed and signed IFP application must be filed. *See* 28 U.S.C. §§ 1914, 1915. At the time of filing, Petitioner's next friend has not filed an IFP application or paid the $5.00 fee.

Accordingly, within 30 days of the date of this Order, Petitioner or his next friend must pay the $5.00 filing fee or submit a completed and signed IFP application. If an IFP application is filed, it should be labeled with docket number 26-CV-7214. If the Court grants the IFP application, this action will proceed without the prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

The Court directs the Clerk of Court to mail a copy of this order to Petitioner and his next friend at the address listed on the docket sheet for this action. Petitioner's next friend Vivian

Diaz Barahona may receive court documents by email by completing the form, Consent to Electronic Service.[1]

Dated: September 3, 2026
New York, New York

Vernon S. Broderick
United States District Judge

[1] For more information about consenting to electronic service, please review the court's Instructions. If Petitioner's next friend consents to receive documents by email, she will no longer receive court documents by regular mail.