UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERGIO QUINTERO MEZA,

Petitioner,

-against-

KENNETH GENALO, *et al.*,

Respondents.

26-CV-7214 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

I am in receipt of Petitioner's response to the Government's letter, (Doc. 15), and reply in support of the Habeas Petition, (Doc. 13). These filings raise concerns about the process received by Petitioner including: (1) why Petitioner's bond hearing was moved from September 4 to August 28; (2) whether Petitioner received proper translation services and understood what he was consenting to when he agreed to voluntary departure and to waive appellate rights; and (3) the timeline of Petitioner's initial arrest.

Accordingly, the conference currently scheduled for September 17, 2026 at 11:00 a.m. is moved from remote to in-person. The conference will take place in the Thurgood Marshall United States Courthouse, Courtroom 518, 40 Foley Square, New York, NY, 10007. In advance of the conference the Government should provide any body-worn camera footage, any recording of the bond hearing, and any recording or transcript of the separate proceeding at which Petitioner agreed to voluntary departure. Depending on the justification proffered by the Government at the conference on September 17, 2026, I may schedule a further hearing at which witness testimony will be taken and/or appoint an attorney in this habeas proceeding.

Dated: September 11, 2026
New York, New York

Vernon Broderick

Vernon S. Broderick
United States District Judge