**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X

SERGIO QUINTERO MEZA,

Petitioner,

-against-

KENNETH GENALO, et al.,

Respondents.

---------------------------------------------------------X

26 **CIVIL** 7214 (VSB)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 24, 2026, Petitioner's writ of habeas corpus is GRANTED, and ICE is direct to release Petitioner. The Court retains jurisdiction to ensure that the Government complies with the order, and with its stated position regarding Petitioner's voluntary departure, (*see* Doc. 20). If the Government fails to comply with the order, Petitioner may bring a motion to enforce this judgment. If Petitioner has difficulty obtaining travel arrangements himself and would like ICE to exercise its discretion to assist with his travel to Mexico, should he choose not to challenge the voluntary departure order, he may also file an application to the Court.

**DATED:** New York, New York
September 28, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**